PROSPER LAW GROUP, LLP
Deborah P. Gutierrez, Esq. SBN 240383
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
Telephone: (310) 893-6200
Fax: (310) 988-2930
E-mail: Deborah@prosperlaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BERNARDI, an individual, and SMITESH MAHENDRA PARMAR, an individual,<br><br>                              Plaintiffs,<br>                              vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS AS TRUSTEE; AURORA LOAN SERVICES, LLC; AURORA BANK FSB; and Does 1 – 10, inclusive,<br><br>                              Defendants. | CASE NUMBER: CV 11-05453 RMW<br><br><br><br><br><br><br><br><br><br>**ORDER RE: STIPULATION TO SET ASIDE DEFAULT OF DEFENDANTS** |

The Court, having considered the Stipulation to Set Aside Default of Defendants **ORDERS THAT:**

☑ The Stipulation is **GRANTED.**  Defendants shall file its response to the Complaint no later than two (2) weeks after the date of this Order.

Dated: _____

*Ronald M. Whyte*
_____
United States District Judge/~~Magistrate~~ ~~Judge~~

# PROOF OF SERVICE

## Bernardi vs. Deutsche Bank National Trust Company, Etc., Et Al
## USDC- Northern District of California Case No. CV11-5453 HRL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Prosper Law Group, LLP, 6100 Center Drive, Suite 1050, Los Angeles, CA 90045. On February 2, 2012, I served the following document(s) by the method indicated below:

## ORDER RE: STIPULATION TO SET ASIDE DEFAULT OF DEFENDANTS

[ ]   by transmitting via facsimile on this date from fax number (310) 988-2930  the documents listed above to the fax number(s) set forth below.  The transmission was completed before 5:00 p.m. and was reported complete and without error.  The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine.  Service by fax was made by agreement of the parties, confirmed in writing.  The transmitting fax machine complies with Cal.R.Ct 2003(3).

[X]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[ ]   by emailing the documents(s) listed above to a process server or delivery service and by causing personal delivery of the document(s) to the person(s) at the address(es) set forth below.  A signed proof of service by the process server or delivery service will be filed shortly.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.  A copy of the consignment slip is attached to this proof of service.

### (See Attached Service List)

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 2, 2012, at Los Angeles, California.

Brittany Auchard

1

## Service List

2

## Bernardi vs. Deutsche Bank National Trust Company, Etc., Et Al
## USDC- Northern District of California Case No. CV11-5453 HRL

3

4

Attorneys for Defendants Deutsche Bank National Trust Company Americas As Trustee,
5   Aurora Loan Services, LLC, and Aurora Bank FSB
    McGinnis Tessitore Wutscher LLP
6   Philip H. Franklin, Esq.
    City Tower
7   333 City Boulevard West, 17th Floor
    Orange, California 92868

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28