E͏̿͢O͏̿͢E͏̿͢Z͏̿͢S͏̿͢O͏̿͢O͏̿͢A͏̿͢E͏̿͢A͏̿͢ Đ Đ Ġ E

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BERNARDI, an individual, and SMITESH MAHENDRA PARMAR, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS, AS TRUSTEE; AURORA LOAN SERVICES, LLC; AURORA BANK FSB; and Does 1 – 10, inclusive,<br><br>Defendants. | CASE NUMBER: **11cv05453 RMW**<br><br><br><br><br><br><br><br>**ORDER RE: REQUEST FOR SUBSTITUTION OF ATTORNEY** |

The Court, having considered the Plaintiff's Request for Substitution of Attorney filed in conjunction with this order, **ORDERS THAT:**

☒ The Plaintiff's Request for Substitution of Attorney is granted.

Dated:  Ì Đ Đ Ġ G  _____

*Ronald M. Whyte*

United States District Judge/Magistrate Judge