**BERGMAN & GUTIERREZ LLP**
PENELOPE P. BERGMAN, ESQ., SBN 220452
penelope@b-g-law.com
DEBORAH P. GUTIERREZ, ESQ., SBN 240383
deborah@b-g-law.com
AMANDA L. GRAY, ESQ., SBN 244644
amanda@b-g-law.com
6100 Center Drive, Suite 1050
Los Angeles, California 90045
(T): (310) 893-6200; (F): (310) 988-2930

Attorneys for Plaintiff,
Smitesh Mahendra Parmar

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BERNARDI, an individual, and SMITESH MAHENDRA PARMAR, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-Q03 TRUST; AURORA LOAN SERVICES, LLC; AURORA BANK FSB; and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV11-5453 RMW <br><br> Hon. Ronald M. Whyte <br> Crtrm: 6 <br><br> **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1   IT IS HEREBY STIPULATED by Plaintiff Smitesh Parmar ("Plaintiff") and
2 Defendants Deutsche Bank National Trust Company Americas As Trustee For
3 Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates,
4 Series 2005-Q03 Trust; Aurora Loan Services, LLC; and Aurora Bank FSB (collectively
5 "Defendants"), by and through their undersigned counsel, that this action in its entirety
6 is dismissed with prejudice as to all Defendants pursuant to Federal Rule of Civil
7 Procedure 41(a)(1)(A)(ii).
8   Plaintiff and Defendants agree that each party shall bear their own costs and
9 attorneys' fees incurred in this action.

11  Dated:    October 18, 2013            **BERGMAN & GUTIERREZ LLP**

13                              By:  /s/ Amanda L. Gray
                                     Penelope P. Bergman
14                                   Deborah P. Gutierrez
                                     Amanda L. Gray
15                                   Attorneys for Plaintiff,
16                                   Smitesh Mahendra Parmar

18  Dated:    October 17, 2013            **McGINNIS WUTSCHER LLP**

20                              By:  /s/ Deborah Gershon*
                                     Deborah Gershon
21                                   Philip H. Franklin
22                                   Attorneys for Defendants,
                                     Deutsche Bank National Trust Company
23                                   Americas, as Trustee; Aurora Loan
24                                   Services, LLC; and Aurora Bank, FSB
                                     *approved for e-filing via email on October
25                                   17, 2013

-2-
**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

-1-
## Certificate of Service

    I, Amanda L. Gray, attorney of record in this matter, hereby certify that on October 18, 2013, in accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Northern District of California, service of a true and correct copy of this document was accomplished pursuant to ECF electronic delivery.

By:   */s/ Amanda L. Gray*
        Amanda L. Gray

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BERNARDI, an individual, and SMITESH MAHENDRA PARMAR, an individual, | CASE NUMBER: CV11-5453 RMW |
| Plaintiffs, | |
| vs. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC. MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-Q03 TRUST; AURORA LOAN SERVICES, LLC; AURORA BANK FSB; and Does 1 – 10, inclusive, | **ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| Defendants. | |

The Court, having considered the parties Stipulation to Dismiss the Entire Action With Prejudice hereby:

**ORDERS** the Request is:

☑ GRANTED.
☐ DENIED.

Dated: _____

*Ronald M. Whyte*

United States District Judge/~~Magistrate~~ Judge

**ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

## Certificate of Service

     I, Amanda L. Gray, attorney of record in this matter, hereby certify that on October 18, 2013, in accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Northern District of California, service of a true and correct copy of this document was accomplished pursuant to ECF electronic delivery.

                                By:   */s/ Amanda L. Gray*
                                             Amanda L. Gray